Mrs. Inez E. VAN DYKE, Appellant, v.
O. H. SUMMERS, Appellee.

No. 10870.

Court of Civil Appeals of Texas.
San Antonio.

Feb. 5, 1941.

Myrick & Johnson, of Harlingen, for appellant.

Clayton R. Baird, of Edinburg, for appellee.

PER CURIAM.

Affirmed without written opinion on authority of Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.